UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN DOERR, Surviving Daughter and Executor of the Estate of Nona Barraza, Deceased,<br><br>       Plaintiff,<br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>       Defendant. | Civil Action No.: 1:08-cv-02344<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (a) Novartis Finance Corporation, a New York corporation;

    (b) Novartis Corporation, a New York corporation;

    (c) Novartis Holding, AG, a Swiss company; and

    (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

    (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  March 31, 2008                                    Respectfully submitted,


                                                          s/ Ethan D. Stein
                                                          Ethan D. Stein (ES-7130)
                                                          EStein@gibbonslaw.com
                                                          Diane E. Lifton (DL-9673)
                                                          GIBBONS P.C.
                                                          A Professional Corporation
                                                          One Pennsylvania Plaza, 37th Floor
                                                          New York, NY 10119-3701
                                                          Phone: 212-613-2000
                                                          Fax: 212-333-5980
                                                          *Counsel for Defendant Novartis
                                                          Pharmaceuticals Corporation*

                                                          *Of counsel:*
                                                          Joe G. Hollingsworth
                                                          Katharine R. Latimer
                                                          Robert E. Johnston
                                                          SPRIGGS & HOLLINGSWORTH
                                                          1350 I Street, NW, Ninth Floor
                                                          Washington, D.C.  20005
                                                          Phone:  (202) 898-5800
                                                          Fax:  (202) 682-1639

18

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

>Daniel A. Osborn, Esq.
>Russel H. Beatie, Esq.
>Philip J. Miller, Esq.
>Beatie and Osborn LLP
>521 Fifth Avenue, 34th Floor
>New York, NY  10175

I further certify that on March 31, 2008, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C.<br>269 South Beverly Drive<br>Suite 1156<br>Beverly Hills, CA  90212 | The Offices of Jeffrey C. Bogert<br>501 Colorado Boulevard<br>Suite 208<br>Santa Monica, CA  90401 |

>s/ Ethan D. Stein
>Ethan D. Stein

19